UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**CHARLES S. POPE**,                                    Civil Case No. 3:10-CV-00632-KI

                Plaintiff,

                              JUDGMENT

            v.

**OREGON DEPARTMENT OF CORRECTIONS;**
**MAX WILLIAMS**, Director; **M. NOOTH**,
Superintendent; **J. GILMORE**, Assistant Superintendent,
Transitions and P.R.E.A.; **A. HANNON**, Institution
Security Manager; **CAPT. OGDEN**, Operations;
and **JOHN DOE**, Defendant(s) of the Sexual Assault
Response Team and Sniec Committee Members,

                Defendants.

      Charles S. Pope, SID#7174683
      Snake River Correctional Institution
      777 Stanton Blvd.
      Ontario, Oregon  97914

            Pro Se Plaintiff

Page 1 - JUDGMENT

John R. Kroger
Attorney General
Kristin A. Winges-Yanez
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97301-4096

      Attorneys for Defendants

KING, Judge:

      Based on the record,

      IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

      Dated this _____22nd_____ day of May, 2012.


              ___/s/ Garr M. King_____
              Garr M. King
              United States District Judge